UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF CALIFORNIA

Attorney: NAPOLI SHKOLNIK, PLLC

PONDEROSA TWINS PLUS ONE, ETANO

Plaintiff(s)

- against -

IHEARTMEDIA, INC.; ETAL

Defendant(s)

Index # 16 CV 2258 LAB JMA

Purchased September 7, 2016

AFFIDAVIT OF SERVICE

STATE OF CA : COUNTY OF Los Angeles ss:

Tanar David BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Los Angeles, CA 90034

That on September 14, 2016 at 12:18 PM at

C/O CT CORPORATION
818 WEST SEVENTH STREET
STE 930
LOS ANGELES, CA95833

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on DEEZER, INC. therein named,

CORPORATION a FOREIGN corporation by delivering thereat a true copy of each to VIVIAN IMPERIAL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BROWN | 30 | 5'4 | 130 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: 09/10/2016
Notary:

RUSSELL LOZA
COMM. #2017216
Notary Public - California
Los Angeles County
My Comm. Expires Apr. 1, 2017

Server: Tanar David

Invoice #: 656681

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045