| | |
|---|---|
| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF CALIFORNIA | Attorney: NAPOLI SHKOLNIK, PLLC |

PONDEROSA TWINS PLUS ONE, ETANO

Plaintiff(s)

- against -

Index # 16 CV 2258 LAB JMA

Purchased September 7, 2016

IHEARTMEDIA, INC.; ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF CA : COUNTY OF Sacramento ss:

T. Andy Harris BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Sacramento, CA 95818

That on September 15, 2016 at 03:00 PM at

C/O CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR.
STE 150N
SACRAMENTO, CA90017

deponent served the within SUMMONS AND COMPLAINT, CIVIL COVER SHEET on SONY INTERACTIVE ENTERTAINMENT, LLC A/K/A SONY INTERACTIVE ENTERTAINMENT, INC. F/K/A SONY COMPUTER ENTERTAINMENT, INC. therein named,

CORPORATION  a FOREIGN corporation by delivering thereat a true copy of each to FANNIE XIONG personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, CIVIL COVER SHEET as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 30 | 5'0 | 160 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

See Notary attached

Sworn to me on:

Notary:

Server: T. Andy Harris

Invoice #: 656682

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 21 day of Sept, 2016, by T. Andy Harris proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

CONNIE MARIE MCGILVRAY
COMM. #2117032
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Comm. Expires JUNE 25, 2019

Signature M. McGilvray