UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONDEROSA TWINS PLUS ONE, RICKY SPICER, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> - against -<br><br>iHEARTMEDIA, INC., Spotify USA, Inc., Google Inc., Apple Inc., Pandora Media, Inc., Sony Interactive Entertainment, LLC (f/k/a/ Sony Computer Entertainment Inc.), Deezer, Inc. and SoundCloud, Inc.<br>     Defendants. | Case No. 16-cv-2258 (LAB) (JMA)<br><br>**JOINT MOTION FOR AN EXTENSION OF DEADLINE TO ANSWER, MOVE, OR RESPOND TO THE COMPLAINT** |

  WHEREAS, Plaintiffs Ponderosa Twins Plus One and Ricky Spicer (collectively, "Plaintiffs") initiated the above-captioned matter on September 7, 2016; and

  WHEREAS, Defendants iHEARTMEDIA, INC., Spotify USA, Inc., Apple Inc., Pandora Media, Inc., Deezer, Inc. and SoundCloud, Inc. (together with Google Inc. and Sony Interactive Entertainment, LLC (f/k/a/ Sony Computer Entertainment Inc.), the "Defendants," and collectively, the Defendants and Plaintiffs, the "Parties") have until and including October 5, 2016 to respond to Plaintiffs' complaint; and

  WHEREAS, Defendant Google Inc. has until and including October 6, 2016 to respond to Plaintiffs' complaint; and

  WHEREAS, Defendant Sony Interactive Entertainment, LLC (f/k/a/ Sony Computer Entertainment Inc.) maintains that it was neither properly named nor service in the above-captioned matter, but, if it had been properly named and served, would have until and including October 6, 2016 to respond to Plaintiffs' complaint; and

  WHEREAS, the Parties have not requested any extensions or stays in the above-captioned matter; and

  WHEREAS, an extension would not impact any other deadlines in the above-captioned matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to the Order of the Court, that the time for Defendants to answer, move, or otherwise respond to the Plaintiff's complaint shall be extended to October 28, 2016, 30 days after the earliest deadline for any Defendant to respond to the Plaintiff's complaint.

Dated: Sept. 30, 2016

_____
Jennifer Liakos
Hunter J. Shkolnik (Pro Hac Vice Pending)
Paul J. Napoli (Pro Hac Vice Pending)
Paul B. Maslo (Pro Hac Vice Pending)
Salvatore C. Badala (Pro Hac Vice Pending)
**NAPOLI SHKOLNIK PLLC**
525 South douglas Street, Suite 260
El Segundo, CA 90245
Telephone: (310) 31-8224
Fax: (646) 843-7603
Email: jliakos@napolilaw.com
Email: hunter@napolilaw.com
Email: pnapoli@napolilaw.com
Email: pmaslo@napolilaw.com
Email: sbadala@napolilaw.com

Brittany Weiner (Pro Hac Vice Peding)
Imbesi Law P.C.
450 Seventh Avenue, Suite 1408
New York, New York 10123
(212) 736-0007
Email: Brittany@lawicm.com

*Counsel for Plaintiffs*

/s/Diana M. Torres
Diana M. Torres   (SBN 162284)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8400
Email: diana.torres@kirkland.com

*Counsel for Apple Inc.*

| | |
|---|---|
| */s/Michael H. Rubin* | */s/Ian C. Ballon* |
| Michael H. Rubin | Ian C. Ballon (SBN 141819) |
| WILSON SONSINI GOODRICH & ROSATI | GREENBERG TRAURIG, LLP |
| One Market Plaza | 1840 Century Park East, 19th Floor |
| Spear Tower, Suite 3300 | Los Angeles, CA 90067-2121 |
| San Francisco, CA 94105-1126 | Tel:     310-586-7700 |
| Telephone: (415) 947-2000 | Fax:    310-586-7800 |
| Facsimile: (415) 947-2099 | Email:  Ballon@gtlaw.com |
| Email: mrubin@wsgr.com | |
| | *Attorneys for Defendants Deezer, Inc. and SoundCloud, Inc.* |
| *Counsel for Spotify USA, Inc. and Google Inc.* | |
| */s/Andrew M. Gass* | */s/Ewrin Cena* |
| Andrew M. Gass (SBN 259694) | Erwin Cena (State Bar No. 272960) |
| James K. Lynch (SBN 178600) | KILPATRICK TOWNSEND & STOCKTON LLP |
| LATHAM & WATKINS LLP | 12730 High Bluff Drive, Suite 400 |
| 505 Montgomery Street, Suite 2000 | San Diego, CA 92130 |
| San Francisco, California 94111 | Telephone:  (858) 350-6100 |
| Telephone: 415-391-0600 | Facsimile:   (858) 350-6111 |
| Email: andrew.gass@lw.com | Email:  ecena@kilpatricktownsend |
| Email: jim.lynch@lw.com | |
| | Joseph Petersen (SBN 304597) |
| *Counsel for iHeartMedia, Inc. and Pandora Media, Inc.* | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1080 Marsh Road |
| | Menlo Park, CA 94025 |
| | Telephone: 650-326-2400 |
| | Facsimile: 650 644 0570 |
| | Email: jpetersen@kilpatricktownsend.com |
| | |
| | *Counsel for Sony Interactive Entertainment Network America LLC (wrongly sued herein as Sony Interactive Entertainment, LLC)* |